UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:21-CV-00312-FDW-DSC

| | |
|---|---|
| BRADLEY TERRY WILLIAMS, | )<br>) |
| Plaintiff, | )<br>) |
| vs. | ) NOTICE OF HEARING<br>) |
| CORELOGIC RENTAL PROPERTY SOLUTIONS LLC, | )<br>)<br>) |
| Defendant. | )<br>) |

TAKE NOTICE that a pretrial conference will take place before the undersigned immediately following docket call on September 12, 2022, at 9:15 a.m. in Courtroom #5B of the Charles R. Jonas Federal Building, 401 W. Trade Street, Charlotte, North Carolina. The parties' joint pretrial submissions required by the Case Management Order in this case, (Doc. No. 8), shall be due Friday, September 2, 2022.

IT IS SO ORDERED.

Signed: August 22, 2022

Frank D. Whitney
United States District Judge